AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

United States of America )
v. ) Case No. 2:22-mj-00388-NJK
)
LUIS ORTEGA )
*Defendant* )

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 25 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| | |
|---|---|
| Place: Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Cam Ferenbach, U.S. Magistrate Judge | Courtroom No.: 3D<br><br>Date and Time: June 2, 2022 at 3:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: May 25, 2022

_____
*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge
*Printed name and title*