RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Luis Ortega

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LUIS ORTEGA,<br><br>        Defendant. | Case No. 2:22-cr-00209-CDS-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly Sokolich, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Luis Ortega, that the Sentencing Hearing currently scheduled on January 12, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel and Mr. Ortega need additional time to allow family members to attend the sentencing hearing as well as gather information needed for sentencing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 14th day of December, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Aden Kebede*<br>ADEN KEBEDE<br>Assistant Federal Public Defender | By /s/ *Kimberly Sokolich*<br>KIMBERLY SOKOLICH<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LUIS ORTEGA,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00209-CDS-DJA<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, January 12, 2023 at 11:00 a.m., be vacated and continued to March 13, 2023 at the hour of 10:00 a.m.; or to a time and date convenient to the court in courtroom 6B.

　　　DATED this 14th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE